## STATE OF LOUISIANA *v.* ROBERT FULLER.

The Act of 1819, making it a crime to harbor and conceal a runaway slave, is not repealed by the repealing clause of the Act of 1855, relative to crimes and offences.

APPEAL from the District Court of the Parish of Union, *Richardson*, J.
*F. P. Stubbs*, District Attorney, for State. *McGuire & Ray*, for defendant and appellant.

VOORHIES, J. The appellants ask the reversal of the judgment of forfeiture of the bond signed by them, as sureties of *Robert Fuller*, on the ground that there is no offence charged in the indictment.

The prisoner is charged with the offence of " unlawfully and feloniously harboring and concealing a negro man slave, named *Nelson*, then and there being the property of *John B. Benford*, the said negro man slave then and there being a runaway slave, and he, the said *Robert Fuller*, then and there knowing the said negro man slave, *Nelson*, to be a runaway slave, as aforesaid, to the great damage of him, the said *John B. Benford*," &c.

The statute punishing the offence charged in the foregoing count of the indictment is not repealed by the Act of 1855, relative to crimes and offences. See *State* v. *Marion Fuller*, ante, p. 667 ; Acts 1819, p. 64.

Judgment affirmed.